# FORM FOR USE IN APPLICATIONS
RECEIVED
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

Albert Baker

2005 NOV 17 A 9: 25

2:05CV1103-D

Name

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# 140789

Prison Number

_____

W.C. Holman Correctional Facility

Place of Confinement

United States District Court  Middle _____ District of  Alabama

Case No. _____
(To be supplied by Clerk of U. S. District Court)

Albert Baker _____ , PETITIONER
(Full Name)   (Include name under which you were convicted)

Warden Grantt Culliver _____ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF  Alabama

Troy King _____ , ADDITIONAL RESPONDENT.

     (if petitioner is attacking a judgement which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
    petitioner under penalty of perjury.  Any false statement of a material fact
    may serve as the basis for prosecution and conviction for perjury. All
    questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is</u>:

P.O. Box 711<br>
Montgomery, Alabama 36101

_____

_____

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Circuit Court of Pike County, Alabama_____

2. Date of judgment of conviction _February 20, 1987_____

3. Length of sentence _Life without_ Sentencing Judge _____

4. Nature of offense or offenses for which you were convicted: _____
   _____ Capital Murder _____
   _____
   _____

5. What was your plea?  (check one)
   (a) Not guilty  (✓)
   (b) Guilty      ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty
   plea to another count or indictment, give details: Inapplicable _____
   _____
   _____
   _____

6. Kind of trial:  (Check one)
   (a) Jury  (✓)
   (b) Judge only  ( )

7. Did you testify at the trial?  Yes ( )    No (✓)

8. Did you appeal from the judgment of conviction?    Yes (✓)   No ( )

9. If you did appeal, answer the following:
   (a) Name of court  Alabama Court of Criminal Appeals _____
   (b) Result  Affirmed _____
   (c) Date of result  1989 _____
   If you filed a second appeal or filed a petition for certeorari in the Supreme
   Court, give details: Certeorari was filed and denied _____
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal?  Yes (✓)   No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court  Circuit Court of Pike County, Alabama _____
        (2) Nature of proceeding  Rule 32 Petition _____
        _____
        (3) Grounds raised  three grounds that the trial court was
        without jurisdiction. See attached issues to this
        petition as they are the same exhausted in state
        court _____
        _____
        _____
        (4) Did you receive an evidentiary hearing on your petition, application
        or motion?  Yes ( )   No (✓)
        (5) Result  Denied _____
        (6) Date of result  1-28-04 _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _Circuit Court of Pike County, Alabama_

(2) Nature of proceeding _Rule 32 Petition_

(3) Grounds raised _Batson Violation, Juvenile Re-Certification, denial of Effective Assistance of Counsel At trial and appellate counsel was ineffective._

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes (✓)  No ( )

(5) Result _DENIED_

(6) Date of result _April 6, 1994_

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court _Circuit Court of Pike County Alabama_

(2) Nature of proceeding _Rule 32 PETITION_

(3) Grounds raised _Jurisdictional Claims_

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )  No (✓)

(5) Result _Denied_

(6) Date of result _May 2, 1996_

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc.        Yes (✓)  No ( )

(2) Second petition, etc.    Yes (✓)  No ( )

(3) Third petition, etc.      Yes ( )  No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.   Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

   CAUTION:   In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.   As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.
   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
   (e) Conviction obtained by a violation of the privilege against self-incrimination.
   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g) Conviction obtained by a violation of the protection against double jeopardy.
   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   (i) Denial of effective assistance of counsel.
   (j) Denial of right of appeal.
   (k) The trial court was without jurisdiction to impose conviction and sentence

   [See Attached pages]

A. Ground one: _SEE Attached Pages_

Supporting FACTS   (tell your story briefly without citing cases or law):

B. Ground two: _SEE Attached Pages_

Supporting FACTS   (tell your story briefly without citing cases or law):

C. Ground three:

Supporting FACTS   (tell your story briefly without citing cases or law):

D.  Ground four: _____

Supporting FACTS  (tell your story briefly without citing cases or law): .
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?    Yes ( )  No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _Tim Reynolds_
        _222 14th St. N.E. Atlanta GA 30309_
    (b) At arraignment and plea _Tim Reynolds_
    
    (c) At trial _John B. Crawley_
        _300 Dexter Avenue, Montgomery AL. 36104_
    (d) At sentencing _John B. Crawley_
    
    (e) On appeal _John B. Crawley_

(f) In any post-conviction proceeding Gary L. Dozier
P.O. Box 614 Troy, AL, 36081

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____ Pro Se _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )    No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )    No (✓)

(a) If so, give name and location of court which imposed sentence to be served in the future: _____ N/A _____

(b) And give date and length of sentence to be served in the future: None

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )    No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on 10-14-05 .
(date)

X Albert Baker
Signature of Petitioner