IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT BAKER, JR., # 140789X, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1103-D |
| | ) |
| GRANTT CULLIVER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

Upon CONSIDERATION of the prior proceedings in this case, it is ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents and against Petitioner.

DONE this 27th day of December, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE